**Order entered August 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00360-CR

**DEMOND DEPREE BLUNTSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 49th District Court**
**Webb County, Texas**
**Trial Court Cause No. 2012CRO000674D1**

## ORDER

Before the Court is appellant's July 23, 2018 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before September 27, 2018.

/s/ LANA MYERS
   JUSTICE